**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-mj-429-GWF |
| vs. | ) | **ORDER** |
| DAREN DARNELL COLE, | ) | |
| Defendant. | ) | |

At the time of the Initial Appearance of Defendant on June 20, 2014, the Indictment out of the United States District Court for the District of Alaska was sealed.

**IT IS HEREBY ORDERED** that the parties are to advise the Court no later than July 3, 2014 if the Indictment needs to remain sealed.

DATED this 26th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge