# SEALED



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA            Plaintiff,

vs.

Daren Darnell Cole

            Defendant.

District No.   2:14-mj-429-GWF

### ORDER TEMPORARILY UNSEALING RECORDING

On June 25th, 2014 this court received an Audio Recording Request from Nicholas D. Dickinson, Assistant United States Attorney for Plaintiff USA dated June 25, 2014, requesting a CD of the Initial Appearance Proceeding as to Daren Darnell Cole held on June 20th, 2014.  This case is sealed.

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a CD of the hearing as requested by Assistant United States Attorney Nicholas D. Dickinson .

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the recording to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of June 2014.

_____
George W. Foley Jr.
United States Magistrate Judge