**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Case No. 2:14-mj-429-GWF |
| vs. ) | **ORDER** |
| DAREN DARNELL COLE, ) | |
|       Defendant. ) | |

At the time of the Initial Appearance of Defendant on June 20, 2014, the Indictment out of the United States District Court for the District of Alaska was sealed. The Court ordered the parties to advise the Court no later than July 3, 2014 if the Indictment needed to remain seal. No opposition having been filed,

**IT IS HEREBY ORDERED** that the case shall no longer remain sealed.

DATED this 7th day of July, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge